E-FILED: **1/4/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY P. HERRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br><br>    Defendant. | CASE NO. CV 09-8940-GHK (JCx)<br><br>**JUDGMENT** |

   Pursuant to our January 4, 2010 Order, Defendant Saxon Mortgage Services, Inc. is **DISMISSED with prejudice**.

   **IT IS SO ORDERED**.

DATED: January 4, 2010

_____
GEORGE H. KING
United States District Judge